## TROUTT v. CARL K. WILSON CO. ET AL.

No. 57, Misc. Decided October 9, 1967.

*Thomas F. Turley, Jr.*, for appellant.

*W. L. Moore* and *W. D. Dodson* for appellee Burson, Commissioner of Employment Security for the State of Tennessee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## GARVIN v. MASSACHUSETTS.

No. 74, Misc. Decided October 9, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.